UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| GEMEX SYSTEMS, INC. and <br> UGTS, Inc., <br>     Plaintiffs, <br> v. <br> ANDRUS, SCEALES, STARKE & SAWALL, LLP, COOK & FRANKE, S.C., JEFFREY S. SOKOL, WESTCHESTER FIRE INSURANCE COMPANY, and ST. PAUL FIRE & MARINE INSURANCE COMPANY, <br>     Defendants. | Case No.: 11-CV-00148 |

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56(a) and Civil Local Rule 56, Plaintiffs GemEx Systems, Inc. and UGTS, Inc. (collectively, "Plaintiffs") respectfully move the Court for summary judgment on Plaintiffs' negligence and breach of contract claims, and further, for summary judgment that Plaintiffs were not contributorily or comparatively negligent. More particularly, Plaintiffs respectfully request that the Court grant summary judgment that:

1. On Plaintiffs' negligence claims against Defendants Mr. Sokol and Andrus Sceales, both Mr. Sokol and Andrus Sceales:

   (a) had an attorney client relationship with Plaintiffs,
   (b) owed a duty to Plaintiffs to exercise reasonable care in representing Plaintiffs,
   (c) breached that duty while Mr. Sokol was a partner at Andrus Sceales,
   (d) resulted in damage to Plaintiffs; and

2. On Plaintiffs' negligence claims against Mr. Sokol and Cook & Franke, both Mr. Sokol and Cook & Franke:

(a) had an attorney client relationship with Plaintiffs,
(b) owed a duty to Plaintiffs to exercise reasonable care in representating Plaintiffs,
(c) breached that duty while Mr. Sokol a shareholder at Cook & Franke, which
(d) resulted in damage to Plaintiffs; and

3. On Plaintiffs' breach of contract claim against Mr. Sokol and Andrus Sceales,

    both Mr. Sokol and Andrus Sceales:

    (a) had a contract with Plaintiffs,
    (b) pursuant to that contract, had a contractual duty to exercise reasonable care in representing Plaintiffs, and
    (c) breached that duty while Mr. Sokol was a partner at Andrus Sceales, which
    (d) resulted in damage to Plaintiffs; and

4. On Plaintiffs' breach of contract claim against Mr. Sokol and Cook & Franke,

    both Mr. Sokol and Cook & Franke

    (a) had a contract with Plaintiffs,
    (b) pursuant to that contract, had a contractual duty to exercise reasonable care in representing Plaintiffs, and
    (c) breached that duty while Mr. Sokol was a shareholder at Cook & Franke,
    (d) resulted in damage to Plaintiffs; and

5. Plaintiffs are not contributorily or comparatively negligent.

**Furthermore, pursuant to Civil Local Rule 7(d), Plaintiffs respectfully request that the Court hear oral argument on this motion.** Plaintiffs believe that oral argument will provide a forum for the Court to sift and probe the issues involved with this motion.

2

| | |
|---|---|
| Dated: December 27, 2012 | FAEGRE BAKER DANIELS LLP |

                                                  s/ Ari B. Lukoff
William L. Roberts (Minn. Bar No. 212763)
Michael F. Cockson (Minn. Bar No. 280549)
Ari B. Lukoff (Minn. Bar No. 0390025)
Adam M. Nodler (Minn. Bar No. 0390131)
2200 Wells Fargo Center, Suite 2200
Minneapolis, Minnesota 55402
tel: 612-766-7000
fax: 612-766-1600
william.roberts@faegrebd.com
michael.cockson@faegrebd.com
ari.lukoff@faegrebd.com
adam.nodler@faegrebd.com

KOHNER, MANN & KAILAS

Robert L. Gegios (Wis. Bar. No. 1002906)
William E. Fischer (Wis. Bar. No. 1045725)
4650 North Port Washington Road
Milwaukee, WI 53212-1059
tel: (414) 962-5110
fax: (414) 962-8725
rgegios@kmksc.com
wfischer@kmksc.com

**Attorneys for Plaintiffs Gemex Systems, Inc. and UGTS, Inc.**