## EXHIBIT A

### GRADY J. FRENCHICK

### B.A., M.S. (CHEMISTRY), J.D.

### Patent Attorney (Reg. No. 29,018)

### Email: gfrenchick@whdlaw.com

## ACADEMIC APPOINTMENTS, ACCOMPLISHMENTS, AND TEACHING EXPERIENCE:

- University of Wisconsin School of Law: Instructor, Adjunct Professor, 1995 to present: taught self-developed courses Advanced Concepts in Intellectual Property Law and IP Law for Business Lawyers; also taught Introduction to Patent Law, Patent Prosecution.

- Author, Draft Program Description: Clinical Program in Innovation Law (PIIL) for the University of Wisconsin Law School (2008).

- University of Minnesota School of Law: Adjunct Professor, 1988 to 1993: taught basic patent, trademark and copyright law and a self-developed and faculty-approved course — "Contemporary Issues in Intellectual Property Law."

## EDUCATION:

- University of Wisconsin Law School, Madison, Wisconsin, juris doctor (J.D.) received in May 1977, dean's list Spring Semester 1975 (overall class rank not computed); transferred after three semesters from Washington University School of Law, St. Louis, Missouri. Interests: patent, antitrust, tax and international law.

- Department of Chemistry of the Graduate School, University of Wisconsin-Madison, Madison, Wisconsin, June 1976 until May 1978; graduate study in chemistry, M.S. degree received May 1978; thesis title, "Chemical Patentability and the Chemist." Interests: the application of law to technology.

- University of Wisconsin-Milwaukee, Milwaukee, Wisconsin; June 1972 until August 1974; graduate study of chemistry, GPA; 3.39/4.0; graduate teaching assistant in freshman chemistry program and organic chemistry laboratory; area of research: physical chemistry, electron spin resonance spectroscopy; recipient of University Fellowship, Summer 1973. Interests: magnetic resonance, heterogeneous catalysis, industrial chemistry.

- Lawrence University, Appleton, Wisconsin; B.A. 1972 (chemistry) GPA: 3.21/4.0; freshman men's counselor for two years; recipient of a Wisconsin Honor Scholarship; traveled in Eastern Europe; interests: Slavic history/culture, economics.

- Weyerhaeuser High School. Weyerhaeuser (Rusk County), Wisconsin; graduated May 1968; valedictorian, 4.0 GPA, numerous academic awards.

**PROFESSIONAL EXPERIENCE:**

- Private practice of law, March 1, 1990 to present; solo practitioner; two person practice in Minneapolis, MN; to partner Stroud, Stroud, Willink, et. al, and equity partner at the Michael Best & Friedrich, LLP and subsequently Whyte Hirschboeck Dudek, S.C. firms in Madison, Wisconsin. All aspects of the private practice of intellectual property law; general client counseling; infringement/validity opinions; know-how, patent license drafting and negotiation; material transfer agreements; patent interferences. All aspects of United States and foreign patent application filing strategy and prosecution; patent re-examination, primary and secondary counsel; appellate patent prosecution—Patent and Trademark Office Board of Patent Appeals and Interferences; numerous briefs and oral argument; Court of Appeals for the Federal Circuit, briefed and argued In re Dance 160 F.3d 1339 (Fed. Cir. 1998); In re Grendahl 1 F.3d 1252 (Fed. Cir. 1993) and Nowakowski v. Kohlberg 951 F.2d 1267 (Fed. Cir. 1991) (991 U.S. Dist. LEXIS 107); Bondpro Corp. v. Siemens Westinghouse Power Corp., 2005 U.S. Dist. Lexis 11903 (W.D. Wis. 2005) aff'd. 2006 U.S. App. LEXIS 23183 (7th Cir. 2006) (expert witness); Life Technologies, Inc. v. Promega Corp. 189 F.R.D. 334 (D. Md. 1999); Obtained a preliminary injunction in a patent case Promega Corp. v. Invitrogen, Inc. (unpublished) (W.D. Wis. 95C 0821, 1996); litigation counseling; trademark counseling, application, and prosecution; responsible for hiring, training, mentoring and work flow for numerous law clerks, technical assistants, associates, and junior partners in the life sciences practice of patent law. Technical subject matters: medical guide wires, catheters, ophthalmic lenses, iontophoresis drug delivery devices, paper chemistry, biotechnology including nucleic acid isolation and purification, human identity, related organic and inorganic chemistries; electrochemistry; high temperature inorganic superconductor compositions.

- Senior Patent Counsel, October 1985 to 1990, Medtronic, Inc. (medical device manufacturer); promoted from patent counsel position held from September 1982 to October 1985. Responsible for all aspects of United States and foreign intellectual property matters for three operating divisions of Medtronic; divisions develop, produce and sell semiconductors, medical electrodes and medical device components, e.g., batteries, feedthroughs, gels, biomedical adhesives; infringement/validity determinations, licensing, trademark acquisition - all aspects including oppositions; patent drafting and prosecution U.S. and foreign; formerly responsible for world-wide protection and enforcement of Medtronic® trademark and company name.

  Briefed and argued (including petition for rehearing) permissive interlocutory Federal Circuit appeal in Telectronics Proprietary Ltd. v. Medtronic, Inc., 836 F.2d 1332 (Fed.Cir. 1988); 687 F. Supp. 832 (S.D.N.Y. 1988) 690 F. Supp. 170 (S.D.N.Y. 1987) Participated in all non-confidential aspects of In re Certain Cardiac Pacemakers and Components Thereof, International Trade Commission Investigation 337 T.A. 162 1983-1984 See, e.g., 1983 ITC Lexis 31; "Of Counsel" for Federal Circuit appeal in Cordis Corporation v. Medtronic, Inc., 780 F.2d 991 (Fed. Cir. 1985) cert denied 476 U.S. 1115 (1986).

Counsel to Medtronic's Cardiovascular Research Program located at University of Minnesota Medical School (including negotiation of organic agreements with medical school on behalf of Medtronic).

Direct participant in all pre-trial aspects of multi-district patent/antitrust dispute between Medtronic and two competitors in the pacemaker business. Defended and took depositions (including a video deposition), prepared and answered interrogatories/ document requests, prepared/opposed discovery and prepared and argued pre-trial and dispositive motions.

Primary intellectual property counsel in opposition to a complaint filed in the Commission of the European Economic Community (EEC). Complaint alleged violation of EEC antitrust law Articles 85 and 86 (these Articles have been renumbered) by virtue of patent activities.

- Staff Patent Attorney, Law Department, Economics Laboratory, Inc. (nka "EcoLab"), St. Paul, Minnesota, June 1979 to September 1982; in-house counsel for "Fortune 500" (at the time), manufacturer of specialty chemical cleaner, sanitizers and dispensers. Sole in-house patent attorney responsible for all domestic and international patent, copyright, trade secret matters and unsolicited ideas including such matters as they relate to company acquisitions, outside vendors and outside research organizations; significant exposure to patent and know-how licensing, including computer software licenses, joint research and development agreement, sponsored research agreements, U.S. and foreign exclusive distributorship agreements with significant patent issues; levy exposure to confidentiality agreement drafting, negotiating and follow-up; responsible for liaison between outside counsel and corporate inventors; responsible for drafting and prosecution of patent applications (primarily chemical) and for advising management on patent matters including patentability, infringement, validity, and technology assessments; retained network of foreign associates for direct preparation, filing and prosecution of EPC, PCT and national patent applications; participated in trade secret/covenant-not-to-compete suit, including direct responsibility for dealing with patent issues; invited lecturer on the topic of practical aspects of patent reexamination.

- Patent Attorney, Minnesota Mining and Manufacturing Company, Office of Patent Counsel, St. Paul, Minnesota; June 1977 to June 1979; started as patent attorney trainee, promoted to patent attorney July 1, 1978; duties included all aspects of writing and prosecuting U.S. and foreign patent applications, U.S. Patent Office validity and infringement searchers, interviews with patent examiners.

- Summer clerk for the patent law firm of Leydig, Voit, Osann, Mayer and Holt (nka Leydig, Voit and Mayer), Chicago, Illinois; Summer 1976; duties including writing memoranda, researching legal and technical issues, assisting in litigation.

## PUBLICATIONS

- Wisconsin Bar Journal, November 4, 2008:  LG Electronics discussion

- "Visions of Victory:  Stem Cell Patent Reexamination Revisited;" Guest column: Wisconsin Technology Network News;  September 19, 2008; also found WHDLAW.COM at Whyte Hirschboeck Dudek S.C. website

- LG Electronics:  The Supreme Court Affirms 66-Year-Old Law **Spotlight** IP Newsletter, Summer 2008

- Supreme Court Reviews "First Sale/Exhaustion" Doctrine: A commentary on the pending Supreme Court LG Electronics case **Spotlight** IP Newsletter, Spring 2008 Whyte Hirschboeck Dudek S.C.  (1250 word limit)  Also published as "Guest Column" Wisconsin Technology Network, May 20, 2008.

- 11/13/2007 Patent Reform Update, CLE presentation and Whyte Hirschboeck Dudek S.C. website

- The Linguistic Considerations in Trademark Selection: A Comment, **Spotlight**, Spring 2007 Whyte Hirschboeck Dudek S.C. IP Newsletter

- Anticipate This, **Spotlight**, Spring 2007 (Coauthor:  Michael Cronin, Ph.D.) Whyte Hirschboeck Dudek S.C.

- FAQ: Provisional Patent Applications (Coauthor: Sonal Agarwal), Whyte Hirschboeck Dudek S.C. website

- Stem Cell Reexamination FAQ's, April 12, 2007 (Coauthor:  Michael Cronin, Ph.D.) Whyte Hirschboeck Dudek S.C. website

- 10/10/2006 WARF Challenges Show Need for Patent Reform
  10/10/2006 Op-ed, Wisconsin Technology Network; Wisconsin State Journal
  August 1, 2006

## RESEARCH TOPICS UNDER CONSIDERATION

- Immunizing Your Licensed Patents from Medimmune

- Leegin Products:  Resale Price Maintenance is Freed of Per Se Condemnation: Implications for IP Licensors and Licensees

- "Know How" in Patent License Agreements:  Increasing in Importance?

- Research Tools:  Collateral Damage in Drug Wars or Getting a Handle on Research Tools

- "The Right to Exclude Others" - Where It Matters

4

- Toward a Fundamental Understanding of U.S. Patent Law: An Integrating Constitutional, Philosophical and Legal Approach

- Legal Scotoma: 150 years of Statutory and Judicial Divergence in Characterizing the Nature of the Patent Right

- Patent Misuse: Down But Not Out -- Some Recent Attempts

- How to Analyze a <u>Walker Process</u> § 2 Counter Claim: A Step-by-Step Approach

- Patent Owner Rights in Later Developed Innovations of Others

- Emerging Topic Interest: Drug/IP/Antitrust/Regulatory Law Relating to Pioneer-Generic Drug Development: Reverse Payments, Abbreviated New Drug Application (ANDA) Strategy

- Bayh-Dole: The Reality

**NOTED**

- 2008 Chambers USA America's Leading Lawyers for Business - Intellectual Property - Wisconsin

**SPEAKER/PRESENTER**

- Numerous CLE presentations and panelist participations on all aspects of patent law, IP strategy, and best practices

- Interviewee on patent legal issues for numerous local, regional, and national publications <u>Science</u> - the Magazine, and Wisconsin Public Radio extensive interviews and writings regarding stem cell patent issues

**MEMBER OF:**

- <u>The Following Bars</u>:

  Supreme Court of the United States (1985)
  Court of Appeals for the Federal Circuit (1985)
  Minnesota (Admitted: October 1977)
  Wisconsin (Admitted: June 1977)
  United States Patent and Trademark Office (Reg. No. 29,018, August 1978)
  United States District Courts for: District of Minnesota; Western District of Wisconsin.

- <u>The Following Professional Organizations</u>:

  Dane County (Wisconsin) Bar Association
  Minnesota State Bar Association

5

Anoka County (Minnesota) Bar Association
Minnesota Intellectual Property Law Association, Inc.
>Secretary; Member of Board of Directors - 1984
>>Committee Member of:
>>>Licensing Committee (Chairman 1987, 1988)
>>>Patent Misuse and Antitrust Committee (Chairman 1982, 1985, 1986)

Wisconsin State Bar Association
Wisconsin Intellectual Property Law Association
American Intellectual Property Law Association

## CONTACT INFORMATION

Whyte Hirschboeck Dudek S.C.
33 East Main Street
Suite 300
Madison, WI 53703
(608) 255-4440 (phone)
(608) 258-7138 (fax)

WHD\5743801.1

**REPRESENTATIVE PATENTS/TECHNOLOGIES**

## Can Closure Assemblies

- US 4,163,506: "Closure Assembly Having a Tear Template," August 7, 1979. Owner: 3M Company, St. Paul, MN.

## Cleaning Products

- US 4,339,235: "Methods and Compositions for Bleaching Mycological Stain," July 13, 1982. Owner: Economics Laboratory, Inc., St. Paul, MN.

- US 4,174,409: "Depositing Latent Fingerprints and Development Thereof," November 13, 1979. Owner: Minnesota Mining and Manufacturing Company, St. Paul, MN.

## Medical Device-Batteries

- US 4,608,322: "Nonaqueous Electrochemical Cell," August 26, 1986. Owner: Medtronic, Inc., Minneapolis, MN.

## Medical Devices - Blood Gas Sensors

- US 4,694,834: "Gas Sensor," September 22, 1987. Owner: Medtronic, Inc., Minneapolis, MN.

## Miscellaneous

- US 5,052,515: "Ladder Step Support," October 1, 1991. Owner: Bud C. Mowlan.

- US 5,118,03: "Recycling Receptacle," June 2, 1992. Owner: Robert D. Ekegren.

- US 6,698,056: "Butterfly Sponge Mop with Angle-Adjustable Handle," March 2, 2004. Owner: E.D. Oates Pty Ltd., Reservoir, Australia.

- US Pub. 2001/0047634: "Floor Frame Structural Support Assembly and a Method Making the Same," December 6, 2001. Owner: John Wick, Mazomanie, WI.

- US 6,257,300: "Roman Shade Fold Forming Batten," July 10, 2001. Owner: Sbriggs PTY LTD, Thomastown, Australia.

- US 5,118,037: "Recycling Receptacle," June 2, 1992. Owner: Robert Ekegren, Bloomington, MN.

- US 5,052,515: "Ladder Step Support," October 1, 1991. Owner: Miracle Step, Inc., Blaine, MN.

WHD\5743801.1

- US 5,024,445: "Method of Playing a Board Game," June 18, 1991. Owner: John Boelter, Arden Hills, MN.

- US 4,163,506: "Closure Assembly Having a Tear Template," August 7, 1979. Owner: Minnesota Mining and Manufacturing Company, St. Paul, MN.

- US 4,138,211: "Thermomechanical Candle Snuffer," February 6, 1979. Owner: Minnesota Mining and Manufacturing Company, St. Paul, MN.

- US 4,174,409: "Depositing Latent Fingerprints and Development Thereof," November 13, 1979. Owner: 3M Company, St. Paul, MN.

## Cardiac Devices

- US Pub. 2005/0159788: "Transmurality Assessment Apparatus and Methods," July 21, 2005. Owner: David Kress, Franklin, WI.

- US Pub. 2004/0225177: "Implantable Cardiac Assist Device," November 11, 2004. Owner: Edward Coleman, Green Bay, WI.

## Research Tools

- US 6,027,945: "Methods of Isolating Biological Target Materials Using Silica Magnetic Particles," February 22, 2000. Owner: Promega Corporation, Madison, WI

- US 6,350,452: "Apoptosis Marker Antibodies and Methods of Use," February 26, 2002. Owner: Promega Corporation, Madison, WI.

## Iontophoresis

- US 5,983,130: "Electrotransport Agent Delivery Method and Apparatus," November 9, 1999. Owner: Alza Corporation, Palo Alto, CA.

## Biotechnology

- US Pub. 2004/0029851: "Mitochondrially Targeted Antioxidants," February 12, 2004. Owner: Medical Research Council, Cambridge, United Kingdom.

- US 6,610,657: "Alkyl Peptide Amides and Applications," August 26, 2003. Owner: Promega Corporation, Madison, WI.

- US 5,569,457: "Method of Stimulating Antibody Formation," October 29, 1996. Owner: Austin Shug, Madison, WI.

8

## Genetics

- <u>US Pub. 2005/0202473</u>: "Detection of Microsatellite Instability and its Use in Diagnosis of Tumors," September 15, 2005. Owner: Promega Corporation, Madison, WI.

- <u>US 6,767,703</u>: "Materials and Methods for Identifying and Analyzing Intermediate Tandem Repeat DNA Markers," July 27, 2004. Owner: Promega Corporation, Madison, WI.

- <u>US 6,479,235</u>: "Multiplex Amplication of Short Tandem Repeat Loci," November 12, 2002. Owner: Promega Corporation, Madison, WI.

- <u>US 6,156,512</u>: "Allelic Ladders for Short Tandem Repeat Loci," December 5, 2000. Owner: Promega Corporation, Madison, WI.

- <u>US 5,843,660</u>: "Multiplex Amplification of Short Tandem Repeat Loci," December 1, 1998. Owner: Promega Corporation, Madison, WI.

## Biomaterials

- <u>US 7,446,157</u>: "Nanohybrid Polymers for Ophthalmic Applications," November 4, 2008. Owner: Key Medical Technologies, Inc., San Ramon, CA.

- <u>US 6,670,393</u>: "Carbamate-based Cationic Lipids," December 30, 2003. Owner: Promega Biosciences, Inc., Madison, WI.

- <u>US 6,511,748</u>: "Bioabsorbable Fibers and Reinforced Composites Produced Therefrom," January 28, 2003. Owner: Bioamide, Inc., Hastings, MN.

- <u>US 4,593,053</u>: "Hydrophilic Pressure Sensitive Biomedical Adhesive Composition," June 3, 1986. Owner: Medtronic, Inc., Minneapolis, MN.

- <u>US Pub. 2008/-169059</u>: "Biomimetic Modular Adhesive Complex: Materials, Methods and Applications Therefore," July 17, 2008. Owner: Northwestern University.

- <u>US 6,365,172</u>: "Device of Bioabsorbable Triglycolic Acid Poly(ester-amide)s, and Methods of Making the Same," April 2, 2002. Owner: BioAmide, Inc., Hastings, MN.

- <u>US 6,120,788</u>: "Bioabsorbable Triglycolic Acid Poly(ester-amide)s," September 19, 2000. Owner: BioAmide, Inc., St. Paul, MN.

- <u>US 4,873,308</u>: "Biostable Segmented Aliphatic Polywrethane and Process Therefor," October 10, 1989. Owner: Medtronic, Inc., Minneapolis, MN.

## Research Tools - Genetics

- <u>US 7,008,771</u>: "Multiplex Amplification of Short Tandem Repeat Loci," March 7, 2006. Owner: Promega Corporation, Madison, WI.

9

## Medical Devices - Catheters

- US 6,884,233: "Thrombolsis Catheter System with Fixed Length Infusion Zone," April 26, 2005. Owner: Lake Region Medical, Inc., Chaska, MN.

- US 6,113,576: "Thrombolysis Catheter System with Fixed Length Infusion Zone," September 5, 2000. Owner: Lake Region Medical, Inc., Chaska, MN.

- US 5,678,296: "Hollow Lumen Cable Apparatus," October 21, 1997. Owner: Lake Region Medical, Inc., Chaska, MN.

- US 5,634,897: "Rheolytic Occlusion Removal Catheter System and Method," June 3, 1997. Owner: Lake Region Medical, Inc., Chaska, MN.

- US 5,360,403: Balloon Catheter with Lumen Occluder," November 1, 1994. Owner: Lake Region Medical, Inc., Chaska, MN.

- US 5,267,955: "Atherectomy Device," December 7, 1993. Owner: Lake Region Medical, Inc., Chaska, MN.

## Polymer Chemistry

- US 6,747,144: "Collections of Compounds," June 8, 2004. Owner: Spirogen Limited, Isle of Wight, United Kingdom.

## Drug/Device Hybrid Apparatus

- US 6,726,923: "Apparatus and Methods for Preventing or Treating Failure of Hemodialysis Vascular Access and Other Vascular Grafts," April 27, 2004. Owner: Vascular Therapies, LLC, New York, NY.

## Biopolymers

- US 6,635,732: "Water Plasticized High Refractive Index Polymer for Ophthalmic Applications," October 21, 2003. Owner: Advanced Vision Science, Inc., Goleta, CA.

## Paper-making Processes

- US 6,613,192: "Process for Producing Biokraft Pulp from Eucalyptus Chips," September 2, 2003. Owner: Biopulping International, Inc., Madison, WI.

- US 6,511,748: "Bioabsorbable Fibers and Reinforced Composites Produced Therefrom," January 28, 2003. Owner: Bioamide, Inc., Hastings, MN.

- US 6,402,887: "Biopulping Industrial Wood Waste," June 11, 2002. Owner: Biopulping International, Inc., Madison, WI.

WHD\5743801.1

<u>Batteries - Commercial</u>

- <u>US 6,444,356</u>: "Lithium Battery with Secondary Battery Separator," September 3, 2002. Owner: Rayovac Corporation, Madison, WI.

- <u>US 5,750,288</u>: "Modified Lithium Nickel Oxide Compounds for Electrochemical Cathodes and Cells," May 12, 1998. Owner: Rayovac Corporation, Madison, WI.

<u>Medical Devices - Guidewires</u>

- <u>US Pub. 2003/0060731</u>: "Non-Metallic Guide Wire," March 27, 2003. Owner: Mark Fleischhacker, Minnetonka, MN.

<u>Research Tools - Biotechnology</u>

- <u>US Pub. 2002/0086326</u>: "Methods and Kits for Isolating Biological Target Materials Using Silica Magnetic Particles," July 4, 2002. Owner: Promega Corporation, Madison, WI.

- <u>US Pub. 2002/0001812</u>: "Mixed-Bed Solid Phase and its Use in the Isolation of Nucleic Acids," January 3, 2002. Owner: Craig Smith, Oregon, WI.

- <u>US Pub. 2001/0014650</u>: "PH Dependent Ion Exchange Matrix and Method of Use in the Isolation of Nucleic Acids," August 16, 2001. Owner: Promega Corporation, Madison, WI.

- <u>US 6,329,352</u>: "Method and Composition for Treating Sleep Apnea," December 11, 2001. Owner: Wisconsin Alumni Research Foundation, Madison, WI.

- <u>US 6,218,531</u>: "Method of Isolating RNA," April 17, 2001. Owner: Promega Corporation, Madison, WI.

- <u>US 6,069,230</u>: "High Level Expression and Facile Purification of Proteins, Peptides and Conjugates for Immunization, Purification and Detection Applications," May 30, 2000. Owner: Promega Corporation, Madison, WI.

- <u>US 5,981,235</u>: "Methods for Isolating Nucleic Acids Using Alkaline Protease," November 9, 1999. Owner: Promega Corporation, Madison, WI.

- <u>US Pub. 2002/0070173</u>: "Apparatus and Method for Use in Magnetic Separation of Magnetically Attractable Particles in a Liquid," June 13, 2002. Owner: Promega Corporation, Madison, WI.

- <u>US 6,787,307</u>: "Lysate Clearance and Nucleic Acid Isolation Using Silanized Silica Matrices," September 7, 2004. Owner: Promega Corporation, Madison, WI.

- <u>US Pub. 2004/0086930</u>: "Simultaneous Isolation and Quanitation of DNA," May 6, 2004. Owner: Promega Corporation, Madison, WI.

11

## Iontophoresis - Drug Delivery

- US 6,169,920: "Iontophoretic Drug Delivery Apparatus," January 2, 2001. Owner: Alza Corporation, Mountain View, CA.

- US 6,113,576: "Thrombolysis Catheter System with Fixed Length Infusion Zone," September 5, 2000. Owner: Lake Region Medical, Inc., Chaska, MN.

- US 5,750,288: "Modified Lithium Nickel Oxide Compounds for Electrochemical Cathodes and Cells," May 12, 1998. Owner: Rayovac Corporation, Madison, WI.

- US 5,678,296: "Hollow Lumen Cable Apparatus," October 21, 1997. Owner: Lake Region Medical, Inc., Chaska, MN.

- US Pub. 2004/0086930: "Simultaneous Isolation and Quantization of DNA," May 6, 2004. Owner: Promega Corporation, Madison, WI.

## High Temperature Superconductors

- US 5,518,972: "Ceramic Materials and Methods of Making the Same Comprising Yttrium, Barium, Silver and Either Selenium or Sulfur," May 21, 1996. Owner: Finch International Limited, Dublin, Ireland.

## Electrochemistry

- US 5,281,364: "Liquid Metal Electrical Contact Compositions," January 25, 1994. Owner: Finch Limited, Nassau, Bahamas.

## Ophthalmic Lenses

- US 5,213,721: "Process of Making a Member with Holes," May 25, 1993. Owner: Dennis Grendahl, Orono, MN.

## Polymers - Biomaterials

- US 4,873,308: "Biostable, Segmented Aliphatic Polyurethanes and Process Therefor," October 10, 1989. Owner: Medtronic, Inc., Minneapolis, MN.

- US Pub. 2008/0171836: "Biomimetic Compounds and Synthetic Methods Therefor," July 17, 2008. Owner: Nerites Corp., Madison, WI.

## Medical Devices - Mechanical

- US 4,702,256: "Electrical Connector for a Disposable Electrode," October 27, 1987. Owner: Andover Medical Incorporated, Haverhill, MA.

12

## Design Patents

- <u>US Des. 265,460</u>:  "Jug," July 20, 1982.  Owner:  Economics Laboratory, Inc., St. Paul, MN.

- <u>US Des. 386,227</u>:  "Basketball," November 11, 1997.  Owner:  Rayovac Corporation, Madison, WI.

13

WHD\5743801.1